UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 93-55 WOB-HAI
CIVIL ACTION NO. 16-118 WOB-REW

UNITED STATES OF AMERICA                              PLAINTIFF

VS.                          **JUDGMENT**

MICHAEL LEE MILLIS                                    DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 244), and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 244) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that Defendant's motion to vacate under 28 U.S.C. § 2255 (Doc. 234) be, and hereby is **DISMISSED** because it is a second successive § 2255 motion not authorized by the Sixth Circuit.

This 16th day of February, 2017.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge